# APPENDIX.

## NOTES OF CASES NOT OTHERWISE REPORTED.

RICE v. SCHLAPP.

Liquor Nuisance: INJUNCTION: ANSWER NOT RESPONSIVE AS TO TIME. ( *Tibbetts v. Burster*, 76 Iowa, 176, *followed.*)

*Appeal from Lee District Court.*—HON. J. M. CASEY, Judge.

FILED, FEBRUARY 5, 1889.

ACTION to restrain and abate a nuisance maintained by keeping a place for the unlawful sale of intoxicating liquors. A demurrer to the answer was overruled, and plaintiff refusing to further plead, but standing on his pleadings, his petition was dismissed. He now appeals.

*Newman & Blake,* for appellant.

No appearance for appellee.

BECK, J.—The identical questions ruled in *Tibbetts v. Burster* by this court arise upon similar facts in this case. Following that decision, 76 Iowa, 176, we direct that the judgment in this case be

REVERSED.